IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-cr-67 |
| | ) | |
| BRYAN CLAIBORNE | ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 47]. Counsel for the defendant says that additional time is needed to investigate issues in the case and more time is needed to permit the parties the opportunity to explore a full resolution of the charges. The government has no objection to the motion.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny him the time necessary to complete the investigation of the issues and negotiate a resolution of the charges. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial/plea date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to July 7, 2008, at 9:00 a.m.

ENTER:

　　　　　　　　　*s/ Leon Jordan*　　　
United States District Judge